ETHAN FEATHERSTONE, ESQ.
Nevada Bar No.  11566
TAYLOR L. DOERFLER, ESQ.
(pro hac vice forthcoming)
**GORDON REES SCULLY MANSUKHANI LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Direct Line: (702) 577-9337
Facsimile:  (702) 255-2858
E-Mail:  efeatherstone@grsm.com
E-Mail:  tdoerfler@grsm.com

*Attorneys for Defendant,*
*SAM ALDABBAGH DBA DIAMOND INN MOTEL*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| S.H., individually,<br><br>      Plaintiff,<br><br>    vs.<br><br>DESERT ISLE LLC d/b/a DIAMOND INN MOTEL; MARDI GRAS INN LIMITED PARTNERSHIP d/b/a MARDI GRAS INN,<br><br>    Defendants. | Case No.:  2:25-cv-02220 JCM DJA<br><br>**MOTION TO REMOVE ATTORNEY DIONE C. WRENN FROM THE E-SERVICE** |

Pursuant to Local Rule IA 11-6, GORDON REES SCULLY MANSUKHANI, LLP, respectfully moves the court for an Order removing attorney Dione C. Wrenn, Esq. (Nevada Bar No. 13285), from this case.  Ethan Featherstone, Esq. (Nevada Bar No.11566) of GORDON REES SCULLY MANSUKHANI, LLP will remain counsel of record for Defendant Sam Aldabbach dba Diamond Inn Motel.

Dione C. Wrenn's removal from the e-service list should not delay these proceedings as GORDON REES SCULLY MANSUKHANI, LLP remains counsel for record for Defendant Sam Aldabbach dba Diamond Inn Motel.

GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

-1-

Accordingly, there is good cause to justify granting Dione C. Wrenn's removal from the electronic service list in this case.

Dated: January 23, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Ethan Featherstone*
ETHAN FEATHERSTONE, ESQ.
Nevada Bar No. 11566
TAYLOR L. DOERFLER, ESQ.
(*Pro Hac Vice* Forthcoming)
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendant,***
***SAM ALDABBAGH DBA DIAMOND INN MOTEL***

**IT IS SO ORDERED**.

DATED: 1/27/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-2-